No. 388, Misc., October Term, 1952. HOURIHAN *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 345 U. S. 930.

Third petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.